| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Walsh, Peter J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>07/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>01/01/2015 |
| 7. Chambers or Office Address<br><br>824 Market Street<br>Wilmington, DE 19801 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walsh, Peter J. | 07/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | IRA Distribution | $22,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walsh, Peter J. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AEGON N V ORD AMER REG | A | Dividend | J | T | | | | | |
| 2. AMERICA MOVIL SAB DE CV ADR SERIES L | A | Dividend | J | T | | | | | |
| 3. ASTRAZENECA PLG | A | Dividend | J | T | | | | | |
| 4. BANK OF AMERICA CORP | A | Dividend | J | T | | | | | |
| 5. BLACKROCK FDS EMERGING MKT LONG/SHORT EQUITY FD INSTL | | None | J | T | | | | | |
| 6. BOSTON SCIENTIFIC CORP | A | Dividend | J | T | | | | | |
| 7. BP PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 8. BRANDES INVT TR INSTL EMERGING MKTS FUND | | None | J | T | | | | | |
| 9. CANON INC | A | Dividend | J | T | | | | | |
| 10. CARREFOUR SA-UNSPON | A | Dividend | J | T | | | | | |
| 11. CENTRAIS ELECTRICAS SPONS ADR | A | Dividend | J | T | | | | | |
| 12. CHESAPEAKE ENERGY CORP | A | Dividend | J | T | | | | | |
| 13. CITIGROUP INC | A | Dividend | J | T | | | | | |
| 14. CORNING INC GLW | A | Dividend | J | T | | | | | |
| 15. DEUTSCHE TELEKOM AG | A | Dividend | J | T | | | | | |
| 16. DODGE & COX FDS INTL STK FD | B | Dividend | J | T | | | | | |
| 17. DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | | None | | | Sold | 12/03/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walsh, Peter J. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ENI S P A | A | Dividend | J | T | | | | | |
| 19. ERICSSON (LM) TEL | A | Dividend | J | T | | | | | |
| 20. FAIRHOLME FUND | A | Dividend | | | Sold | 01/13/14 | J | A | |
| 21. FEDERATED STRATEGIC VALUE DIVIDEND FUND INSTL | A | Dividend | | | Sold | 07/14/14 | J | A | |
| 22. FORUM FDS MERK ABSOLUTE RETURN CURRENCY FD INV SHS | | None | J | T | | | | | |
| 23. FUJIFILM HLDGS CORP | A | Dividend | J | T | | | | | |
| 24. HEWLETT-PACKARD COMPANY | A | Dividend | J | T | | | | | |
| 25. HONDA MOTOR LTD NEW AMERICAN SHARES | A | Dividend | J | T | | | | | |
| 26. INTEL CORP | A | Dividend | J | T | | | | | |
| 27. INTESA SANPAOLO | A | Dividend | J | T | | | | | |
| 28. J SAINSBURY PLC ADR | A | Dividend | J | T | | | | | |
| 29. KONINKLIJKE AHOLD ADR | A | Dividend | J | T | | | | | |
| 30. KROGER COMPANY COMMON | A | Dividend | J | T | | | | | |
| 31. MARKS & SPENCER LTD SPONSORED ADR | A | Dividend | J | T | | | | | |
| 32. MARSH AND McLENNAN COMPANIES | A | Dividend | J | T | | | | | |
| 33. MASCO CORP | A | Dividend | J | T | | | | | |
| 34. MICROSOFT CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walsh, Peter J. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MITSUBISHI UFJ FINANCIAL ADR | A | Dividend | J | T | | | | | |
| 36. MS & AD INS GROUP | A | Dividend | J | T | | | | | |
| 37. NATIXIS FDS TR I OAKMARK INTL FD | A | Dividend | J | T | | | | | |
| 38. NEWS CORP INC-CLA | A | Dividend | J | T | | | | | |
| 39. NIPPON TELEGRAPH AND TELEPHONE CORP SPONSORED ADR | A | Dividend | J | T | | | | | |
| 40. PEPSICO INCORPORATED | A | Dividend | J | T | | | | | |
| 41. PFIZER INCORPORATED | A | Dividend | J | T | | | | | |
| 42. PORTUGAL TELECOM SGPS-SP ADR | A | Dividend | J | T | | | | | |
| 43. PRIMECAP ODYSSEY FDS AGGRESSIVE GROWTH FUND | | None | J | T | | | | | |
| 44. SAFEWAY INC NEW | A | Dividend | J | T | | | | | |
| 45. SANOFI-AVENTIS ADR | A | Dividend | J | T | | | | | |
| 46. SONY CORP ADR NEW | A | Dividend | J | T | | | | | |
| 47. STMICROELECTRONICS NV | A | Dividend | J | T | | | | | |
| 48. SUMITOMO MITSUI FINL GROUP INC ADR | A | Dividend | J | T | | | | | |
| 49. SWISS REINS CO | A | Dividend | J | T | | | | | |
| 50. TELECOM ITALIA SPA SPON ADR | A | Dividend | J | T | | | | | |
| 51. TELEFONICA S A SPON ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walsh, Peter J. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TEMPLETON INCOME TR GLOBAL TOTAL RETURN FD ADVISOR CLASS | A | Dividend | J | T | | | | | |
| 53. TOTAL S.A. | A | Dividend | J | T | | | | | |
| 54. UNILEVER N V | A | Dividend | J | T | | | | | |
| 55. VIRTUS OPPORTUNITIES TRUST- VIRTUS DYNAMIC ALPHASECTOR FD CL 1 | | None | J | T | | | | | |
| 56. WELLS FARGO COMPANY | A | Dividend | J | T | | | | | |
| 57. XEROX CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walsh, Peter J. | 07/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Walsh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544